UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 3:21-CV-00976

JERRY MURRAY,

    Plaintiff,

v.

MAYO CLINIC FLORIDA,
and
ARSTRAT, LLC
and
D.S. ERICKSON & ASSOCIATES, PLLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JERRY MURRAY, by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendants, MAYO CLINIC FLORIDA, and ARSTRAT, LLC and D.S. ERICKSON & ASSOCIATES, PLLC, (hereinafter collectively referred to as "The Parties") are in the process of settling this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

    Respectfully submitted,
    **The Advocacy Group**
    *Counsel for Plaintiff*
    100 South Biscayne Blvd., Suite 300
    Miami, FL 33131
    Telephone: (954) 282-1858
    Email: service@advocacypa.com
    _/s/ Jessica L. Kerr____
    Jessica L. Kerr, Esq.
    Florida Bar No. 92810

## CERTIFICATE OF SERVICE

I certify that on October 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

>  /s/ Jessica L. Kerr
> Jessica L. Kerr, Esq.
> Florida Bar No. 92810