UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERRY MURRAY,

    Plaintiff,

v.                                       Case No. 3:21-cv-976-MMH-PDB

MAYO CLINIC FLORIDA, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 7; Notice) filed on October 21, 2021. In the Notice, Plaintiff requests dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and attorney's fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of October, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties